IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                              NO. 4:06CR00139 SWW

MICHAEL JOHN PARKER                                                         DEFENDANT

<u>ORDER</u>

Defendant failed to appear for plea and arraignment on April 27, 2006.  The Court has been in contact with counsel for Defendant and the government.  Defendant is re-scheduled for plea and arraignment on Friday, April 28, 2006, 11:00 a.m.  The order for issuance of a warrant for Defendant's arrest is held in abeyance pending his appearance as scheduled.

IT IS SO ORDERED this 27th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE